UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:15-cr-00061-HDM-WGC |
| | ) | |
| Plaintiff, | ) | **ORDER REGARDING DETENTION** |
| | ) | **AS TO ALEXIS PATTON** |
| vs. | ) | |
| | ) | |
| ALEXIS PATTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

In view of information the court received this morning from Pretrial Services concerning the inability of New Frontier to accept defendant at this time, and certain issues regarding the Washoe County warrant, the court **STAYS** its order releasing defendant **Alexis Patton** from detention. The court will schedule a subsequent detention hearing in this matter as soon as the calendars of the court and counsel for the defendant will permit.

**IT IS SO ORDERED.**

DATED:  August 28, 2015.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE